834

No. 309. TRAVERS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Edgar L. Kelley* and *Walter J. Hurley* for petitioner. *Solicitor General Marshall* for the United States.

No. 312. MOUNT VERNON FIRE INSURANCE Co. *v.* HIGHWAY TRAILER Co. Sup. Ct. N. J. Certiorari denied. *Edward G. D'Alessandro* for petitioner. *Charles N. Kors* for respondent.

No. 315. DEANGELIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Walter D. Van Riper* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 317. WIENRANK ET AL. *v.* NORTHERN ILLINOIS GAS Co. App. Ct. Ill., 3d Dist. Certiorari denied. *John Alan Appleman* for petitioners. *Justin A. Stanley* and *James E. Knox, Jr.,* for respondent.

No. 318. ZIAK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Raymond J. Smith* and *Edward J. Calihan, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 322. BAXTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Ronald Goldfarb* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.